# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DARRIUS L. WORTHEY,

    Petitioner,

v.                                 Case No. 4:18cv383-MW/EMT

MARK S. INCH,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's Motion to Dismiss, ECF No. 9, is **GRANTED**. The petition for writ of habeas corpus, ECF No. 3, is **DISMISSED** as untimely. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 10, 2019.**

                                          s/Mark E. Walker
                                          **Chief United States District Judge**